RECEIVED
IN ALEXANDRIA, LA.
MAR 22 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RUDOLPH PERKINS | : | DOCKET NO. 2:08-cv-1906 |
| VS. | : | JUDGE TRIMBLE<br>SECTION "P" |
| TERRY TERRELL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the plaintiff's civil rights complaint against defendants Shirley Fontenot and James M. LeBlanc be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with the provisions of 28 U.S.C. § 1915A(b)(1).

IT IS FURTHER ORDERED that plaintiff's claim against defendant Terry Terrell for denying or failing to answer his grievances is **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with the provisions of 28 U.S.C. § 1915A(b)(1).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 22nd day of March, 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE