**RECEIVED**
IN LAKE CHARLES, LA.

JAN - 4 2011

TONY R. MOORE, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RUDOLPH PERKINS** | : | **DOCKET NO. 08-1906** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **TERRY TERRELL, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Accordingly,

**IT IS ORDERED** that the Report and Recommendation is hereby adopted and the motion for summary judgment (R. #27) is hereby **DENIED.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 4th day of January, 2011.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE